(8) *Preliminary examinations.* At preliminary examinations in criminal cases, hearsay is admissible to prove in regard to property, ownership, authority to use, value, possession and entry.

*Staff Comment:* Proposed new MRE 1101(8) would allow hearsay to be introduced at preliminary examinations to prove, e.g., the ownership or value of property. The intent of the amendment is to minimize the inconvenience experienced by witnesses who must set aside other business in order to attend preliminary examinations and testify regarding facts that usually are not in dispute.

The Advisory Committee adopted this recommendation by an 11-1 vote.

The committee's report provides a more detailed explanation of this proposal and the minority statement opposing the proposal. The report is posted on the Court's website: http://www.supremecourt.state.mi.us.

The staff comment is published only for the benefit of the bench and bar and is not an authoritative construction by the Court.

> Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption in its present form. Timely comments will be substantively considered and your assistance is appreciated by the Court.

A copy of this order will be given to the secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in MCR 1.201. Comments on this proposal may be sent to the Supreme Court Clerk by December 11, 2000. When filing a comment, please refer to our File No. 99-10.

*Rehearing Denied October 31, 2000:*

BROWN v MICHIGAN HEALTH CARE CORPORATION, No. 115775. Reported *ante*, 368.

CAVANAGH and KELLY, JJ. We would grant rehearing.

*Order Entered November 29, 2000:*

GRIEVANCE ADMINISTRATOR v DEW, No. 116674. In lieu of granting leave to appeal the case is remanded to the Attorney Discipline Board for determination of discipline. MCR 9.110(E)(5). The board may remand to a hearing panel for proceedings pursuant to MCR 9.115(J)(2) and (3). MCR 7.302(F)(1). Jurisdiction is not retained.

*Leave to Appeal From Attorney Discipline Board Denied November 29, 2000:*

GRIEVANCE ADMINISTRATOR v FELDMAN, No. 117194. The stay granted pursuant to MCR 9.122(C) is to remain in effect until 21 days after the effective date of this order.